IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

CHRISTEL N. DIDAS
JUNCTION CITY, KS

CASE NO.

## INFORMATION

The United States Attorney charges that:

On or about March 7, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, CHRISTEL N. DIDAS did unlawfully commit a simple assault upon another, to wit: D.C.C. (2 years old born 12/2016), a child under the age of 16, in violation of Title 18, United States Code, Section 113(a)(5). **(Assault on a Child) (Class A Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*[signature]*

ROBIN GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   Apr 26, 2019

*[signature]*

HON KENNETH G. GALE
U.S. Magistrate Judge